Case 1:13-cv-02010-LJO-SAB   Document 28   Filed 09/03/15   Page 1 of 2

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LOPEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>ALLISON, et al.,<br><br>        Defendants. | Case No.  1:13-cv-02010-AWI-JLT<br><br>**SECOND INFORMATIONAL ORDER - NOTICE AND WARNING OF REQUIREMENTS FOR OPPOSING DEFENDANTS' MOTION TO DISMISS**<br><br>**(Doc. 26)**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>**(Doc. 27)**<br><br>**60-DAY DEADLINE** |

Plaintiff is proceeding *pro se* in this civil action.  Defendants filed a motion to dismiss on August 18, 2015.  Pursuant to *Woods v. Carey*, Nos. 09-15548, 09-16113, 2012 WL 262 6912 (9th Cir. 2012), *Wyatt v. Terhune*, 315 F.3d 1108 (9th Cir. 2003), *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998), and *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), the Court hereby notifies Plaintiff of the following rights and requirements for opposing the motion:

    1. Unless otherwise ordered, all motions to dismiss shall be briefed pursuant to Local Rule 230(l).

    2. Plaintiff is required to file an opposition or a statement of non-opposition to Defendants' motion to dismiss.  Local Rule 230(l).  If Plaintiff fails to file an opposition or a statement of non-opposition to the motion, this action may be dismissed, with prejudice, for

1

1  failure to prosecute.  Local Rule requires the opposition, or statement of non-opposition be filed
2  not more than 21 days after the date of service of the motion.  *Id.*  However, Plaintiff filed a
3  motion requesting an extension of time[1] and is granted 60 days from the service of this order to
4  file his opposition or statement of non-opposition.

5　　　　3.  In responding to Defendants' motion to dismiss, Plaintiff may not simply rely on
6  allegations in the operative complaint.  Instead, Plaintiff must oppose the motion by setting forth
7  specific facts in declaration(s) and/or by submitting other evidence.  *See* Fed. R. Civ. P. 43(c);
8  *Ritza*, 837 F.2d at 369.  Generally, if a plaintiff does not submit his own evidence in opposition,
9  the Court may conclude that there is no evidence to oppose the motion and the case may be
10 dismissed in whole or in part.  However, the majority of issues raised in Defendants' motion to
11 dismiss are legal and will not require submission of additional evidence.

12　　　　4.  Unsigned declarations will be stricken, and declarations not signed under penalty of
13 perjury have no evidentiary value and will not be considered.

14　　　　5.  The failure of any party to comply with this order, the Federal Rules of Civil
15 Procedure, or the Local Rules of the Eastern District of California may result in the imposition of
16 sanctions including but not limited to dismissal of the action or entry of default.

IT IS SO ORDERED.

　　Dated:   **September 3, 2015**　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Though Plaintiff requested 90 days, he is being granted a 60 day extension of time.  Sixty days should be more than sufficient.  However, due to the complex legal issues raised in Defendants' motion to dismiss, Plaintiff may request a further extension if he feels it is necessary, which will be considered upon a showing of good cause.