# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LOPEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>K. ALLISON, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-02010-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR THIRTY DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION<br><br>[ECF No. 48] |

Plaintiff Adam Lopez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 11, 2016, Defendants filed a motion requesting a thirty day extension of time to respond to Plaintiff's requests for production, set one.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants are granted to and including, **September 12, 2016**, to respond to Plaintiff's request for production, set one.

IT IS SO ORDERED.

Dated:   **August 12, 2016**

UNITED STATES MAGISTRATE JUDGE

1