FILED
MAR 24 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ADAM LOPEZ, | ) Case No.: 1:13-cv-02010-LJO-SAB (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER THAT INMATE ADAM LOPEZ IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| K. ALLISON, et al., | ) |
| Defendants. | ) |

Plaintiff Adam Lopez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commended on March 24, 2017, inmate Adam Lopez CDCR Inmate No. J-27394, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 3/24/17

_____
UNITED STATES MAGISTRATE JUDGE

1