UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. ALLISON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-02010-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL, FILED FEBRUARY 21, 2017<br><br>[ECF No. 58] |

　　　　Plaintiff Adam Lopez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 21, 2017, Plaintiff filed a motion to compel.  Pursuant to Local Rule 230(l), Defendants have not filed an opposition or statement of non-opposition to Plaintiff's motion. Accordingly, within twenty (20) days from the date of service of this order, Defendants shall file an opposition or statement of non-opposition.

IT IS SO ORDERED.

Dated:   **March 28, 2017**　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1