UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>K. ALLISON, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-02010-LJO-SAB (PC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO RULE 41(a)(1)(A)(ii)<br><br>(ECF No. 68) |

Plaintiff Adam Lopez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 6, 2017, the parties filed a stipulation for voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

In light of the stipulation of the parties, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorney's fees.

IT IS SO ORDERED.

Dated:   **April 7, 2017**

UNITED STATES MAGISTRATE JUDGE

1